FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2024-1886
_____

DARREL TYRONE MAYS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____


Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


December 23, 2024


PER CURIAM.

DISMISSED. Because the direct appeal from judgment and sentence is still pending review with the Florida Supreme Court, the petition alleging ineffective assistance of appellate counsel is premature. *See Shirah v. State*, 285 So. 3d 375 (Fla. 1st DCA 2019) (denying petition alleging ineffective assistance of appellate counsel as premature because judgment and sentence had not yet become final).

ROBERTS, NORDBY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Darrel Tyrone Mays, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.